UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/2/2026
```

:
CLAUDIO GAETE,                                  :
:
                              Petitioner,       :          1:26-cv-5650-GHW
         -v-                                     :
:                            ORDER
DEPARTMENT OF HOMELAND SECURITY, *et* :
*al.*,                                            :
:
                              Respondents.  :
:

------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

Petitioner has filed a Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241.  The Court,

having examined the Petition, hereby ORDERS that:

(1) Within **three business days of the date of this order**, Respondents shall file a letter with
the following information:

   a. whether Petitioner was, as the Petition alleges, *see* ECF No. 1 at 1, located in the
   Southern District of New York at the time that the Petition was filed and, if not,
   what District Petitioner was in at the time of filing and whether the Petition should
   be immediately transferred to that District, *see, e.g.*, *Öztürk v. Hyde*, 136 F.4th 382,
   391-92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025);

   b. Petitioner's A-number, current place of detention, and a contact person who can
   facilitate prospective counsel's access to Petitioner;

   c. the statutory provision(s) under which Respondents assert the authority to detain
   Petitioner;

   d. If the asserted basis for Petitioner's detention is 8 U.S.C. § 1225(b)(2)(A), whether
   there is any basis to distinguish this case from *Cunha v. Freden*, No. 25-3141-PR, 2026
   WL 1146044 (2d Cir. Apr. 28, 2026);

   e. a copy of any final order of removal; and

   f. any information regarding the procedural posture of any pending Department of
   Homeland Security or Executive Office for Immigration Review proceedings.

**Moreover, in light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition and Petitioner's communications with counsel, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.** *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205 (WJM) (STV), 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117 (BLF), 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

All communications with the Court by a *pro se* party should be filed with the *Pro Se* Intake Unit by either (1) emailing the communication as an attachment in PDF format to ProSe@nysd.uscourts.gov (for instructions, see https://nysd.uscourts.gov/forms/instructions-filing-documents-email); (2) mailing the communication to the *Pro Se* Intake Unit, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007; or (3) hand-delivering the communication to the Pro Se Intake Unit. No documents or court filings should be sent directly to Chambers. Copies of correspondence between a *pro se* party and counsel shall not be sent to the Court.

### CONCLUSION

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this order.

Within **three business days of the date of this order**, Respondents shall file a letter with the Court with the information described in this order.

The Court directs the Clerk of Court to mail a copy of this order to Petitioner at the address listed on the docket sheet for this action. The Court also directs the Clerk of Court to mail Petitioner an information package.

SO ORDERED.

Dated:   July 2, 2026
          New York, New York

                                              GREGORY H. WOODS
                                United States District Judge

3