USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 7/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

CLAUDIO GAETE,

Petitioner,

-v-

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Respondents.

----------------------------------------------------------------X

1:26-cv-5650-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Respondents' opposition to the petition is due no later than July 30, 2026; and Petitioner's reply, if any, is due two weeks after the date of service of Respondents' opposition.

The Clerk of Court is directed to mail a copy of this order to Petitioner at the address listed on the docket sheet for this action.

SO ORDERED.

Dated: July 9, 2026
New York, New York

GREGORY H. WOODS
United States District Judge