**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

CLAUDIO GAETE,

Petitioner,

-against-

DEPARTMENT OF HOMELAND SECURITY, et al.,

Respondents.

-----------------------------------------------------------X

26 **CIVIL** 5650 (GHW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated August 27, 2026, Mr. Gaete's petition for habeas corpus is GRANTED in part. For the avoidance of doubt, this opinion should not be read to suggest any view regarding the appropriate outcome of any bond hearing with respect to Mr. Gaete.

By no later than **September 18, 2026**, Respondents shall provide a bond hearing to Mr. Gaete. Respondents are ordered to: (1) file a letter on the docket by **September 4, 2026**, confirming that the bond hearing has been scheduled and stating the date and time when it will occur; (2) furnish this decision to the IJ meaningfully in advance of the hearing; and (3) file a letter on the docket by **September 20, 2026**, with an update as to the outcome of the bond hearing.

The Court retains jurisdiction over this matter to ensure compliance with this decision.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellate demonstrates good faith when seeking review of a nonfrivolous issue). Accordingly, judgment is hereby entered for Petitioner and the case is closed.

**DATED:** New York, New York
August 28, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** ______________________

**Deputy Clerk**