USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

CLAUDIO GAETE,

Petitioner,

-v -

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Respondents.

------------------------------------------------------------- X

1:26-cv-5650-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On August 27, 2026, the Court granted Mr. Gaete's petition for habeas corpus in part and ordered that Respondents file a letter on the docket by September 4, 2026, confirming that a bond hearing has been scheduled and stating the date and time when it will occur. Dkt. No. 17. As of the date of this order, no such letter has been filed. Accordingly, Respondents are directed to comply with the Court's August 27, 2026 order forthwith, and in no event later than September 10, 2026. The Clerk of Court is directed to mail a copy of this order to Petitioner.

SO ORDERED.

Dated: September 8, 2026
New York, New York

GREGORY H. WOODS
United States District Judge